AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### District of North Dakota

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| ERRICK STEVEN TOA | ) | Case No.  3:20-mj-312 |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ May 30, 2020 _____ in the county of _____ Cass _____ in the _____ District of _____ North Dakota _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 231 | Civil Disorder - Commits or attempts to commit any act to obstruct, impede, or interfere with any fireman or law enforcement officer lawfully engaged in the lawful performance of his official duties incident to and during the commission of a civil disorder which in any way or degree obstructs, delays, or adversely affects commerce or the movement of any article or commodity in commerce or the conduct or performance of any federally protected function |

This criminal complaint is based on these facts:

See attached Affidavit

☐ Continued on the attached sheet.

_____
*Complainant's signature*

Eric Hellekson Special Agent, FBI
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____ 07/08/2020 _____

_____
*Judge's signature*

City and state: _____ Fargo, North Dakota _____

Alice R. Senechal, U.S. Magistrate Judge
_____
*Printed name and title*