UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | Criminal No. 3:20-MJ-312 |
| vs. | ) ) ) | **AFFIDAVIT OF CHAD PENNINGTON** |
| ERRICK STEVEN TOA, | ) ) | |
| Defendant. | ) ) | |

Chad Pennington, being first duly sworn, deposes and states as follows:

1. I am an Assistant Federal Public Defender for the Districts of South Dakota and North Dakota.

2. There was an initial appearance in the above case held on 07/08/2020. Attorney Dane DeKrey appeared at the hearing with the Defendant.

3. I met with the Defendant on 07/09/2020, to discuss his case with him. My office conferred with attorney Dane DeKrey on 07/08/2020, and informed him that our office has assumed full representation of the above case.

Dated this 10th day of July, 2020.

_____
Chad Pennington

Subscribed and sworn to before me this 10th day of July, 2020.

ELIZABETH SCHWARTZ
Notary Public
State of North Dakota
My Commission Expires May 26, 2022

(SEAL)

_____
Notary Public, Cass County, ND
My Commission Expires:_____