PS 38
(02/2001)

# RELEASE STATUS REPORT TO THE COURT

Defendant: Errick Steven Toa          Docket No.: 0868 3:20CR00114

To Appear On: 01/06/2021          For: ☒ Plea   ☐ Trial   ☐ Sentencing

Before Judge: Peter D. Welte

Initial Appearance Date: 07/08/2020          Release Date: 07/13/2020

Magistrate Judge: Alice R. Senechal

Conditions of Release:

| | | | |
|---|---|---|---|
| ☒ | Pretrial Supervision | ☐ | Surrender Passport |
| ☒ | Seek/Maintain Employment | ☒ | Do Not Obtain Passport |
| ☒ | Submit to Counseling as Deemed Appropriate by Pretrial Services | ☒ | Refrain from Any Use of Alcohol or Any Controlled Substance without a Prescription |
| ☒ | Drug/Alcohol Monitoring | ☐ | Location Monitoring |
| ☒ | Residential requirement: | | -Reside with aunt and not change residence unless approved by USPO. |
| ☒ | Travel Restrictions: | | -Fargo/Moorhead unless approved by USPO |
| ☐ | No Contact With: | | |
| ☒ | Other: | | -Not possess a firearm or dangerous weapon<br>-Not participate in demonstrations or marches without prior notification to the USPO |

Defendant Has Met Conditions of Release:          ☒ Yes   ☐ No

Conditions of Release Not Met and the Activities of the Officer to Bring the Defendant into Compliance:
The defendant began his term of pretrial supervision on July 13, 2020. He moved to Bemidji, MN, in September of 2020 to reside with his girlfriend. He has been gainfully employed during his term of supervision and has reported as directed. The defendant admitted to smoking marijuana on December 18, 2020, and submitted a positive drug test on December 21, 2020. He was directed to obtain a chemical dependency evaluation and follow all recommendations.

Recommendations:
It is respectfully recommenced that the defendant be released under the previously imposed conditions.

| | |
|---|---|
| 12/29/2020 | Rachel Wallock |
| Date | Supervisory U.S. Pretrial Services Officer |