UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 3:20-cr-114 |
| | ) | |
| vs. | ) | |
| | ) | **SENTENCING MEMORANDUM** |
| ERRICK STEVEN TOA, | ) | |
| | ) | |
| Defendant. | ) | |

Errick Steven Toa, through counsel, Assistant Federal Public Defender Chad Pennington, requests a time-served sentence and a period of supervision to follow under 18 U.S.C. § 3553(a). Mr. Toa will raise any relevant sentencing arguments at his April 13, 2021, sentencing hearing.

Dated 9th day of April, 2021.

Respectfully submitted,

JASON J. TUPMAN
Federal Public Defender
By:

 /s/  Chad Pennington
Chad Pennington
Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
Districts of South Dakota and North Dakota
Federal Square, Second Floor
112 Roberts Street North, Suite 200
Fargo, ND 58102
Telephone: 701-239-5111
Facsimile:  701-239-5098
filinguser_SDND@fd.org